

COM.

v.

KHAN, M.

1416 MDA 2016

Superior Court of Pennsylvania.

04/12/2017

CP–06–CR–0000706–2014
(Berks)

Affirmed

COM.

v.

MIN, J.

29 WDA 2016

Superior Court of Pennsylvania.

04/12/2017

CP–02–CR–0001894–2013
(Allegheny)

Affirmed/Vacated/Remanded

IN the INTEREST OF R.M.,

Appeal of: R.M., a Minor

524 WDA 2016

Superior Court of Pennsylvania.

04/12/2017

CP25JV 0007 of 2016 (Erie)

Affirmed

COM.

v.

DURRETT, T.

1513 WDA 2015

Superior Court of Pennsylvania.

04/12/2017

CP–02–CR–0007986–2014, CP–02–CR–0012775–2014, CP–02–CR–0013501–2014
(Allegheny)

Vacated/Remanded

COM.

v.

MOFFATT, D.

997 WDA 2016

Superior Court of Pennsylvania.

04/12/2017

CP–25–CR–0000046–2014 (Erie)

Affirmed

